HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER v. HARTFORD FIRE INSURANCE COMPANY and ÆTNA INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER v. THE HOME INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ALVIN E. LEVEY v. NEW YORK EVENING JOURNAL, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SARAH KOWALSKY, as Administratrix, etc., of MEYER KOWALSKY, Deceased, v. THE CONRECO COMPANY, INC., and Others.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of MAX BROWN for Reargument or for Leave to Appeal to the Court of Appeals and for Certification of Certain Questions of Law. — Motion denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of STANLEY M. LAZARUS, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of WILLIAM A. SCHACHT for Reinstatement as a Member of the Bar.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

DEPACE & JUSTER, INC., Plaintiff, v. ELEVEN HUNDRED PARK AVE., INC., Appellant, Impleaded with Others, and W. M. RITTER FLOORING CORPORATION, Respondent. MARCUS CONTRACTING CO., INC., Plaintiff, v. ELEVEN HUNDRED PARK AVE., INC., and Others, Defendants. THE TITUSVILLE IRON WORKS COMPANY, Plaintiff, v. ELEVEN HUNDRED PARK AVE., INC., and Others, Defendants. — Judgment affirmed, with costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Martin and Townley, JJ., dissent and vote for reversal and a new trial, on the ground that the judgment is against the overwhelming weight of the evidence. Settle order on notice.